**Lee Etta WOODS, Appellant,**

v.

**Frank WOODS, Jr., Respondent.**

**No. WD 66947.**

Missouri Court of Appeals, Western District.

Aug. 21, 2007.

Tracey T. Chappell and Rebecca Rivers, Kansas City, for Appellant.

Mary Ann Drape, Kansas City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and JAMES M. SMART, JR., Judge.

**ORDER**

Lee Etta Woods appeals the property division in the circuit court's judgment dissolving her marriage to Frank Woods, Jr. We affirm. Rule 84.16(b).

**Derek D. FRENCHER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66317.**

Missouri Court of Appeals, Western District.

Aug. 21, 2007.

Frederick J. Ernst, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before NEWTON, P.J., BRECKENRIDGE and ELLIS, JJ.

**ORDER**

PER CURIAM.

Derek Frencher appeals the denial, without an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The motion court's judgment is affirmed. Rule 84.16(b).